|   |   |
|---|---|
|   | THE HONORABLE BARBARA J. ROTHSTEIN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALKER & KRAUS, D.D.S., P.L.L.C., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | No.: 2:21-cv-00345-BJR<br><br>STIPULATED MOTION TO CONSOLIDATE AND ORDER TO CONSOLIDATE |

Plaintiff Walker & Kraus, D.D.S., P.L.L.C., individually and on behalf of all others similarly situated, and Defendant Citizens Insurance Company of America (together with Plaintiff, the "Parties"), through their undersigned counsel, submit this stipulated motion to consolidate this action, for pending pretrial motions only, with the matter of *Carlos O. Caballero, DDS, MS, PS v. Massachusetts Bay Insurance Company*, No. 3:20-cv-05437-BJR, including adoption of the pending briefing on the Rule 12 Motions Against Plaintiff's First Amended Complaint and the Motion to Certify Questions filed in that action.

///

///

STIPULATED MOTION TO CONSOLIDATE
NO.: 2:21-CV-00346-BJR

PAGE 1    FORSBERG & UMLAUF, P.S.
901 Fifth Ave., Suite 1400
Seattle, WA 98101
Phone: (206) 689-8500

The Parties state as follows:

WHEREAS, Massachusetts Bay Insurance Company ("Massachusetts Bay") and Citizens Insurance Company of America ("Citizens") are separate insurance companies and both owned indirectly by The Hanover Insurance Group, Inc.

WHEREAS, on January 15, 2021, Massachusetts Bay filed Rule 12 Motions Against Plaintiff's First Amended Complaint in the *Caballero* matter (ECF No. 56);

WHEREAS, the plaintiff in the *Caballero* matter filed a Motion to Certify Questions to the Washington State Supreme Court on February 18, 2021 (ECF No. 65);

WHEREAS, Massachusetts Bay's Rule 12 Motions were fully briefed as of March 5, 2021;

WHEREAS, on March 12, 2021, the Walker & Krause Plaintiff filed this new putative Class Action Complaint (the "*Walker* Class Complaint") (Dkt. No. 1) against Citizens Insurance Company of America;

WHEREAS, on March 25, 2021, Massachusetts Bay joined in the filing of an omnibus opposition to the Motion to Certify Questions (ECF No. 76);

WHEREAS, the *Walker & Kraus* Plaintiff is represented by the same counsel that represents Caballero and Defendant Citizens is represented by the same counsel that represents Massachusetts Bay in the *Caballero* matter;

WHEREAS, the Parties believe that consolidation of this action with the *Caballero* matter, for purposes only of the pending Rule 12 Motions and Motion to Certify Questions filed in that action, would aid in the efficient administration of justice;

NOW, THEREFORE, the Parties move the Court to consolidate this action, for purposes of the pending Rule 12 Motions and Motion to Certify only, with the *Caballero* matter, including adoption of the pending briefing on the Rule 12 Motions and the Motion to Certify Questions filed in that action. For purposes of the pending Rule 12 Motions and Motion to Certify Questions in *Caballero*, the claims set forth in the *Walker & Kraus* putative Class Complaint should be treated as if they had been asserted in the *Caballero* putative Class Complaint. Upon consolidation, the

STIPULATED MOTION TO CONSOLIDATE  
NO.: 2:21-CV-00346-BJR

PAGE 2

FORSBERG & UMLAUF, P.S.  
901 Fifth Ave., Suite 1400  
Seattle, WA 98101  
Phone: (206) 689-8500

1 | Parties agree that Court's ruling on the pending Rule 12 Motions and the Motion to Certify
2 | Questions in the *Caballero* matter may be entered in the *Walker & Krause* action.

STIPULATED MOTION TO CONSOLIDATE
NO.: 2:21-CV-00346-BJR

PAGE 3

FORSBERG & UMLAUF, P.S.
901 Fifth Ave., Suite 1400
Seattle, WA 98101
Phone: (206) 689-8500

**ORDER**

Having reviewed the parties' stipulation, and finding that good cause exists for the requested relief, the Court hereby **GRANTS** the stipulation.

**IT IS ORDERED** that this matter is consolidated with *Carlos O. Caballero, DDS, MS, PS v. Massachusetts Bay Insurance Company*, No. 3:20-cv-05437-BJR, for the limited purpose of the pending Rule 12 Motions and the pending Motion to Certify Questions filed in that action, including adoption of the pending briefing on both motions. For purposes of the pending Rule 12 Motions and the Motion to Certify Questions in the *Caballero* matter, the claims set forth in this action will be treated as if they had been asserted in the *Caballero* putative class action complaint. The Parties in this action agree that the rulings of the Court on the pending Rule 12 Motions and the Motion to Certify Questions filed in the *Caballero* matter may be entered in this matter.

The Clerk of the Court is hereby notified of this limited consolidation.

DATED this 23rd day of April, 2021.

Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

ORDER
NO.: 2:21-CV-00345-BJR

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930